We therefore hold the salt under consideration to be properly dutiable as classified by the collector. The protest is overruled and the decision of the collector is affirmed. Judgment will be rendered accordingly.

BEFORE THE SECOND DIVISION, DECEMBER 3, 1942

**No. 47764.**—Protests 823361–G, etc., of G. Albrecht Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47765.**—Protests 909178–G, etc., of J. Milton Hagy Waste Works (St. Louis).

Opinion by KINCHELOE, J. Following *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) the wiping rags in question were held entitled to free entry under paragraph 1750 in accordance with the facts as set forth in stipulation entered into between counsel.

**No. 47766.**—Protest 889483–G of J. Milton Hagy Waste Works (St. Louis).

Opinion by KINCHELOE, J. Following *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) the wiping rags in question were held entitled to free entry under paragraph 1750 in accordance with the facts as set forth in stipulation entered into between counsel.

**No. 47767.**—Protests 9683–K, etc., of Peter J. Schweitzer, Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 3, 1942

**No. 47768.**—Protest 966661–G of Kwong Kee Jan & Co. (San Francisco).

Opinion by CLINE, J. It was stipulated "that the merchandise consists of whole ducks, packed in tins covered with uncooked milled rice and excelsior; and that the rice being impregnated with oil is not used." *Wa Chong Co.* v. *United States* (61 Treas. Dec. 1118, T. D. 45695), *Von Bremen, Asche* v. *United States* (57 Treas. Dec. 679, T. D. 44000), and *Peabody* v. *United States* (13 Ct. Cust. Appls 80, T. D. 40935), cited by counsel for plaintiff, were held not applicable to the case at bar as